# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C | USDC, Eastern District of LA | 05/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2009 to 12/31/2009 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street C-455 New Orleans, La 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## 1. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 Board Member | American Red Cross |
| 2. Active Participant | God's Special Children |
| 3 Active Participant | Homeless Experience Legal Protection (HELP) Program |
| 4. Board Member | Judge John Boutall Inn of Court |
| 5. President | St Andrew's Village |
| 6. Board Member | Pro Bono Project |
| 7 Board Member | Cafe Reconcile |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. |  |
| 2. |  |
| 3. |  |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 20 A 10: 09 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | United States Judges | $161,371.37 |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 06/11/2009-06/12/2009 | Sandestin, FL | Seminar Lecture | Travel |
| 2. | IU Maurer School of Law | 10/15/2009-10/16/2009 | Bloomington, IN | Seminar Lecture | Travel |
| 3 | American Bar Association | 11/04/2009 | Washington, DC | Seminar Lecture | Travel |
| 4 | Louisiana State Bar Association | 11/23/2009-11/24/2009 | New York, NY | Seminar Lecture | Travel |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Whitney National Bank | Continuing Guarantee regarding loan to St Andrew's Village | M |
| 2. | | |
| 3. | | |
| 4 | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Metairie, LA | E | Rent | N | W | | | | | |
| 2 Rental Property #2, New Orleans, LA | D | Rent | M | W | | | | | |
| 3 Rental Property #3, New Orleans, LA | E | Rent | M | W | | | | | |
| 4. JP Morgan Accounts (5) | A | Interest | K | T | | | | | |
| 5. Capital One Accounts (3) | B | Interest | J | T | | | | | |
| 6 First NBC Bank (3) | C | Interest | N | T | | | | | |
| 7 Hibernia Investments LLC | | None | J | T | | | | | |
| 8. Sun Life Finanacial - Life Insurance Policy #1 | D | Interest | L | T | | | | | |
| 9. Sun Life Financial  Life Insurance Policy #2 | A | Interest | J | T | | | | | |
| 10 Sun Life Financial - Life Insurance Policy #3 | A | Interest | J | T | | | | | |
| 11 Transamerica Life Ins Co | D | Interest | N | T | | | | | |
| 12 Sun Life Assurance Company - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 13 Jackson National Life Ins - Retirement Annuity #1 | B | Interest | L | T | | | | | |
| 14. Jackson National Life Ins - Retirement Annuity #2 | D | Interest | K | T | | | | | |
| 15 Jackson National Life Ins. - Retirement Annuity #3 | B | Interest | K | T | | | | | |
| 16 Jackson National Life Ins - Retirement Annuity #4 | A | Interest | K | T | | | | | |
| 17 Jackson National Life Ins. - Retirement Annuity #5 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson National Life Ins. - Retirement Annuity #6 | A | Interest | K | T | | | | | |
| 19. Jackson National Life Ins. - Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 20. Jackson National Life Ins - Retirement Annuity #8 | B | Interest | K | T | | | | | |
| 21. Jackson National Life Ins. - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 22. IRA #1 - State Street Bank and Trust - JP Morgan | D | Interest | K | T | | | | | |
| 23 IRA #2- State Street Bank and Trust - JP Morgan | B | Interest | J | T | | | | | |
| 24 Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 25. Reliance Group Holdings, Inc. - Common Stock | | None | J | T | | | | | |
| 26 United States Antigen Corporation | | None | J | W | | | | | |
| 27 Khoder International Brokerage | | None | J | W | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000 001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544